NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001157
11-AUG-2015
08:36 AM**

NO. CAAP-14-0001157

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BANK OF AMERICA, N.A., Plaintiff-Appellee, v.
CONCEPCION I. ARCE, Defendant-Appellant, and
JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50;
DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and
DOE GOVERNMENTAL UNITS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 13-1-0215(1))

ORDER APPROVING THE JULY 28, 2015
STIPULATION FOR DISMISSAL OF APPEAL WITH PREJUDICE
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal *With Prejudice* as to the Notice of Appeal Filed October 6, 2014," filed July 28, 2015, by Plaintiff-Appellee Bank of America, the papers in support, and the record, it appears that (1) the stipulation is dated and signed by counsel for all parties appearing in the appeal; (2) the parties seek to dismiss the appeal with prejudice, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b); (3) the appeal was docketed December 5, 2014; and (4) the parties agree to bear their own costs and attorneys' fees.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

DATED: Honolulu, Hawaiʻi, August 11, 2015.

Chief Judge

Associate Judge

Associate Judge